

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 30
SCRANTON, PA 18501-0030

**ROBERT D. MARIANI**
JUDGE

TEL (570) 207-5750
FAX (570) 207-5759

August 2, 2022

FILED
SCRANTON

AUG 0 2 2022

PER _____
DEPUTY CLERK

Harry T. Coleman, Esq.
Law Office of Harry Coleman
41 North Main Street, Suite 316
Carbondale, PA  18407

Re:     Mondesir et al v. Kingston Borough et al.
        Case No. 22-CV-01175

Dear Counsel:

The above-referenced action has been assigned to me. In accordance with Rule 1 of the Federal Rules of Civil Procedure, it is both my responsibility, as well as the obligation of counsel, to strive for the "just, speedy, and inexpensive determination" of this case.

Consistent with these goals, it is my intention to conduct a Case Management Conference within four (4) months of the filing of the complaint. At this conference, we will discuss any pending motions, settlement, deadlines for discovery and other pre-trial activities, as well as other pertinent matters. The order scheduling the conference will inform the parties in more detail of what is required in preparation for this conference. In the meantime, the parties are expected to comply with the mandatory disclosure requirements of Rule 26(a) of the Federal Rules of Civil Procedure.

To ensure that the Case Management Conference is conducted in a timely manner, you are directed to file a written report within thirty (30) days as to whether service has been effected or a waiver of service obtained. The report will not be required if an affidavit of service has been filed within that time period. In addition, you are advised to refrain from entering into agreements for extensions of time for filing an answer or other responsive pleading to the complaint without court approval.

The Court has implemented an "Electronic Case Filing (ECF)" system. This system enables counsel to file and docket pleadings, motions, briefs, etc, directly from their offices via the internet. Information on the Court's ECF system can be obtained at the Court's website, www.pamd.uscourts.gov.  Counsel are directed to familiarize themselves with the Court's ECF system.

Any inquiries you have concerning this case and its progress should be directed to Judith A. Malavé, Courtroom Deputy, Federal Building, P.O. Box 30, Scranton, PA 18501, phone number (570) 207-5756.

Robert D. Mariani
United States District Judge