IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PIERRE MONDESIR, VINCENT GUNTER, RICHARD MONDESIR, individually and trading as Mondesir Entertainment Investment Group, LLC,<br>　　　　　Plaintiff<br><br>　　　v.<br><br>KINGSTON BOROUGH, CHIEF RICHARD J. KOTCHICK, OFFICER JOHN BEVILAQUA and OFFICER "DOE" 1-10,<br>　　　　　Defendants | No. 3:22cv1175<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 22nd day of May 2024, the Defendants' Motion to Dismiss (Doc. 12) is **GRANTED** in part and **DENIED** in part.

The motion is **GRANTED** with respect to Count V – Substantive Due Process; Count VI – Negligent Infliction of Emotional Distress; and Count VII- Intentional Infliction of Emotional Distress. Those counts are **DISMISSED** from the Complaint. It is also granted with regard to Count IV – Interference with Business Relations as to Defendant Kingston Borough only. The motion is **DENIED** in all other respects.

Additionally, plaintiffs' motion to dismiss Plaintiffs Vincent Gunther and Richard Mondesir from this action, which was docketed as a Notice of Voluntary

Dismissal (Doc. 29) is hereby **GRANTED** and Vincent Gunther and Richard Mondesir are dismissed from this action.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court