## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PIERRE MONDESIR, individually and :     No.  3:22cv1175
trading as Mondesir Entertainment :
Investment Group, LLC,            :     (Judge Munley)
              Plaintiff     :
                                 :
          v.                   :
                                 :
KINGSTON BOROUGH; CHIEF      :
RICHARD J. KOTCHIK; OFFICER    :
JOHN BELVILAGUA; and OFFICER   :
"DOE" 1-10,                     :
            Defendants     :

## ORDER

**AND NOW**, to wit, this _____ day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion for summary judgment, (Doc. 50), is **GRANTED**;

2) The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff; and

3) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court